Opinion by COLEMAN, J.

---

# McAnally v. Stinson.

APPEAL from Jefferson Chancery Court.

Tried before the Hon. THOMAS COBBS.

C. B. POWELL and J. B. CREWS, for appellant.

E. K. CAMPBELL, *contra.*

The bill in this case was filed by the appellant against the appellee, and sought to have adjudged void and cancelled a mortgage executed by her to the defendant, as a cloud on her title, on the ground that, the complainant had not the legal capacity to execute a mortgage, she being a married woman.

Upon the final submission of the cause, the chancellor decreed that the complainant was not entitled to the relief prayed for. Affirmed.

Opinion by HEAD, J.